UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 5 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Eric Brosten,  )
                )
    Plaintiff,  )
                )
        v.      )   Civil Action No. *14-305*
                )
George Washington University,  )
                )
    Defendant.  )
_____  )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of the plaintiff's *pro se* Complaint and

application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application

and dismiss the case because the complaint fails to meet the minimal pleading requirements of

Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*,

656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355

F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair

notice of the claim being asserted so that they can prepare a responsive answer and an adequate

defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75

F.R.D. 497, 498 (D.D.C. 1977).

*N*

Plaintiff is a District of Columbia resident suing George Washington University in the District for allegedly limiting his access to the campus. *See* Compl. at 2. He seeks $50 million in damages and equitable relief. *Id.* at 3. The complaint begins with incoherent statements and accusations of a "criminal conspercy [sic]" between GWU's police force and "Hillary Clinton." *Id.* at 1. Plaintiff then mentions "discriminatory practice" but does not provide any discernible facts supporting a basis for federal court jurisdiction. Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: February ___, 2014